**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUZ VERONICA ORTEGA,<br><br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, acting Commissioner of Social Security,[1]<br><br>Defendant. | **16-cv-964 GSA**<br><br>**ORDER TO SHOW CAUSE** |

On March 25, 2016, Plaintiff filed a complaint requesting a review of the Commissioner of Social Security's denial of disability benefits. (Doc. 1). Pursuant to this Court's scheduling order issued on July 8, 2016, Plaintiff was required to file an opening brief no later than thirty days after the service of the Commissioner's confidential letter brief. (Doc. 5, pg. 2). The Commissioner served its confidential letter brief on Plaintiff on January 26, 2017. (Doc. 13). Accordingly, Plaintiff's opening brief was due no later than February 27, 2017. To date, no opening brief has been filed, and the parties have not stipulated to an extension of time.

---

[1] Pursuant to Fed. R. Civ. Pro. 25(d), Nancy A. Berryhill shall be substituted in for Carolyn W. Colvin, as Nancy Berryhill is now the acting Commissioner of Social Security.

1

Therefore, Plaintiff is ordered to show cause why sanctions should not be imposed for a failure to comply with this Court's order.   Plaintiff is ORDERED to file a written response to this Order to Show Cause WITHIN twenty (20) days of the date of this Order.   Plaintiff should include any request for additional time to file the brief if needed in the response.

**Failure to respond to this Order to Show Cause within the time specified may result in dismissal of this action, monetary or other sanctions.**

IT IS SO ORDERED.

Dated:   **March 8, 2017**                              **/s/ Gary S. Austin**
                                                                             UNITED STATES MAGISTRATE JUDGE

2