Young Cho
Attorney at Law: 189870
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Luz Veronica Ortega

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| LUZ VERONICA ORTEGA, | Case No.: 1:16-cv-00964-GSA |
| Plaintiff, | STIPULATION AND ORDER FOR DISMISSAL |
| vs. | ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THIS CASE |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

TO THE HONORABLE GARY S. AUSTIN, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED by and between Luz Veronica Ortega ("Plaintiff") and Carolyn W. Colvin as the Acting Commissioner of Social Security ("Defendant"), that this matter be dismissed with prejudice, each party to

-1-

bear its own fees, costs, and expenses. The parties enter into this stipulation pursuant to the terms of F.R. Civ.P. Rule 41(a)(1)(A)(ii) and 41(a)(1)(B).

DATE: March 8, 2017         Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

BY: /s/ *Young Cho*
Young Cho
Attorney for plaintiff Luz Veronica Ortega

DATE: March 8, 2017         PHILIP A. TALBERT
United States Attorney

/s/ *Sundeep Patel*

SUNDEEP PATEL
Special Assistant United States Attorney
Attorneys for Defendant Nancy A. Berryhill,
Acting Commissioner of Social Security
(Per e-mail authorization)

## ORDER

In light of the above stipulation, this case is dismissed with prejudice pursuant to F.R. Civ. P. Rule 41(a)(1)(A)(ii) and 41(a)(1)(B). Each party shall bear its own fees, costs, and expenses. The clerk of the court is directed to close this case.

IT IS SO ORDERED.

Dated: **March 9, 2017**         **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE